Karim G. Kaspar
Craig Dashiell
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(T): (973) 597-2370
(F): (973) 597-2400
kkaspar@lowenstein.com
cdashiell@lowenstein.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JD GLOBAL SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEM D INTERNATIONAL PARTNERS, LP, JEM D. INTERNATIONAL (MICHIGAN) INC., HAROLD PAIVARINTA, JIM DIMENNA, CARLOS VISCONTI, and ABC COMPANIES 1-10, representing the fictitious names of entities that do business as RED SUN FARMS whose identities are unknown, <br><br> Defendants. | Civil Action No. 2:21-cv-19943 <br><br><br> **STATEMENT PURSUANT TO L. CIV. R. 7.1.1** <br><br> Document Electronically Filed |

Pursuant to this Court's Local Civil Rule 7.1.1, Plaintiff JD Global Sales, Inc.

certifies, by and through its undersigned counsel, that there is no third party

(individual or entity) which:

34046/2
11/11/2021 **210303232.1**

-2-

(1) provides any funding in this case;

(2) pays for any attorney's fees or expenses in this case;

(3) has any contingent financial interest in the results of this case; or

(4) has a non-monetary interest in any results of this case.


Dated: November 11, 2021                By:   s/ Karim G. Kaspar
                                              Karim G. Kaspar
                                              Craig Dashiell
                                              **LOWENSTEIN SANDLER LLP**
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              (T): (973) 597-2370
                                              (F): (973) 597-2400
                                              kkaspar@lowenstein.com
                                              cdashiell@lowenstein.com
                                              *Attorneys for Plaintiff*