

**Craig Dashiell**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: (973) 597-2370
**F**: (973) 597-2371
**E**: cdashiell@lowenstein.com

June 2, 2023

**Via ECF**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:    JD Global Sales, Inc. v. Jem D International Partners, LP, No. 2:21-19943**

Dear Judge Hammer:

This firm represents Plaintiffs JD Global Sales, Inc. and James D'Amato.  I write pursuant to the Court's April 26, 2023 Text Order (ECF No. 63), and with the consent of counsel for Defendants Jem D International Partners, LP, Jem D. International (Michigan) Inc., Jim DiMenna, Carlos Visconti, and Harold Paivarinta (collectively, "Defendants"), to provide the Court with a status update on the parties' mediation efforts.

The parties attended mediation on May 22, 2023 before the Hon. Frank M. Ciuffani, J.A.D. (ret.), but were unable to resolve their dispute.  Accordingly, the parties respectfully request that the Court re-calendar Defendants' motions to dismiss (ECF Nos. 42 and 43).

At this time, the parties do not seek any adjustment of the deadlines in the Court's Pretrial Scheduling Order.

We thank the Court for its continued time and attention to this matter.

Respectfully submitted,

*s/ Craig Dashiell*
Craig Dashiell

34046/4
6/2/23 213834490.1

cc:    The Honorable Brian R. Martinotti, U.S.D.J. (via ECF)
       Attorneys of Record (via ECF)