ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*
KAY A. GONZALEZ (NJ & NY BARS)

KARI A. TRINGALI
SHIV VYDYULA (NJ & NY BARS)

ANDREW K. LANDMAN
SIQI LI

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

BENDIT WEINSTOCK P.A.
— ATTORNEYS AT LAW —
Est. 1957

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115
www.benditweinstock.com

**OF COUNSEL**
ROGER J. DESIDERIO
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)
ALLYSON B. MONCHIK (NY BAR)
PETER I. BERGÉ
MICHAEL L. KAPLONSKI

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)

March 26, 2025

Via E-Filing
Hon. Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room 2C
Newark, New Jersey 07102

Re: JD Global Sales, Inc. et al.
v. Jem D International Partners, LP, et al.
Case No. 2:21-cv-19943
Our File No. 45711

Dear Magistrate Hammer:

We represent defendants Jem D International Partners, LP ("Jem D International"), Jem D International (Michigan), Inc. ("Jem D Michigan"), Jim DiMenna, and Carlos Visconti (collectively, "Defendants") in the above referenced matter.

Pursuant to the Court's instructions, we have conferred with adversary counsel, and both counsel are available for a meet and confer in Court on April 2, or April 3, 2025. Counsel also confirmed their availability on April 8 and April 9, 2025.

We thank the Court for its assistance with this matter.

Respectfully submitted,

*/s/ Joseph H. Tringali*

JOSEPH H. TRINGALI

JHT:ll

cc: Dominic V. Caruso, Esq. (Via E-Filing and E-Mail)
Defendants (Via E-Mail)