DOMINIC V. CARUSO
Counselor at Law

SUITE 105
1037 ROUTE 46 EAST
CLIFTON, NEW JERSEY 07013
(973) 614-8646
FAX (973) 472-7763

February 18, 2026

James D'Amato
JD Global Sales, Inc.
233 Rock Road #101
Glen Rock NJ 07452

*Re: JD Global Sales, Inc. & James D'Amato vs. JEM D International Partners LP et als*
USDC-NJ 2:21-cv-19943

Mr. D'Amato:

Receipt of your letter terminating our legal services agreement, effective January 29, 2026, is hereby acknowledged. I understand that you will be representing yourself and that upon securing new counsel for the corporation, (s)he will request a substitution of attorney from this office.

Together with this correspondence, you are receiving the entire case file in the captioned litigation including:

1. All papers contained in the physical file folder maintained by my office;
2. A USB thumb drive containing in excess of 46,000 digital files;
3. The original hard drive containing Prod 1 from Transperfect;
4. Folders 1, 2, 3 & 4 which you provided at the commencement of this engagement;
5. Invoice for reimbursement of expenses incurred by my office in the captioned litigation.

Pursuant to the provisions of the Legal Services Agreement (LSA) which you signed on August 4, 2023, you are responsible for all litigation costs, which become due and payable upon presentment. Demand is hereby made for payment forthwith.

Please be advised that a common-law charging lien attaches to this file for costs and that I intend to exercise my right to compensation for the reasonable value of my services up to the point of discharge as set forth in the LSA.

I wish you success and good fortune in your continuing journey.

Sincerely

Dominic V. Caruso



Dominic V. Caruso

Counsellor at Law

1037 Route 46 East Suite 105
Clifton, NJ 07013
(973) 614-8646

# INVOICE

18-FEB-2026

TO: James D'Amato
JD Global Sales, Inc.
233 Rock Road #101
Glen Rock NJ 07452

| Date | Description | Amount |
|---|---|---|
| 04-AUG-23 thru 29-FEB-26 | Expenses paid in connection with the prosecution of litigation in the matter of : *JD Global Sales, Inc. v. JEM D International et als* as detailed in the disbursements record attached hereto. | $ 17,128.82 |

**Balance Due: $17,128.82**

Payment Due Upon Receipt

Overdue balances bear 1.0% per month interest after 30 days

**THANK YOU**

**Law Office of Dominic V. Caruso**
**JD Global Sales Disbursements**
January 1, 2021 - February 2, 2026

| | Date | Form | Num | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|---|
| **Digital WarRoom** | | | | | | | |
| | 09/10/2024 | Check | 9349 | Digital WarRoom | Invoice # 062552406 - JD Global | 62552406 | 562.50 |
| | 12/05/2024 | Check | 9386 | Digital WarRoom | Jim D'Amato - JD Global - Invoice #062552408, 09, 10 | 62552406 | 1,605.00 |
| | 12/19/2024 | Check | 9395 | Digital WarRoom | Jim D'Amato - JD Global - Invoice #062552411 | 62552406 | 250.00 |
| | 11/19/2024 | AMEX | 1124 | Digital WarRoom | Jim D'Amato - JD Global - Invoice #062552407 | 62552406 | 2,025.00 |
| | 06/26/2025 | Check | EFT | Digital WarRoom | JD Global Invoice Nos. 062552502, 062552503R, 062552504 and 062552505 | 62552406 | 4,680.85 |
| | 06/26/2025 | Check | EFT | Digital WarRoom | JD Global Invoice No. 062552412 | 62552406 | 728.80 |
| | 10/16/2025 | Check | 9524 | Digital WarRoom | Jim D'Amato - JD Global - Invoice #062552506R, 062552507 & 062552508 | 62552406 | 1,931.60 |
| | 01/08/2026 | Check | 9570 | Digital WarRoom | Jim D'Amato - JD Global - Invoice #062552509 | 62552406 | 402.50 |
| **Total for Digital WarRoom** | | | | | | | **$ 12,186.25** |
| **Epiq eDiscovery Solutions** | | | | | | | |
| | 12/03/2024 | Check | 9382 | Epiq eDiscovery Solutions | JD Global Document Hosting | 90912262 | 1,000.0 |
| **Total for Epiq eDiscovery Solutions** | | | | | | | **$ 1,000.0** |
| **Guaranteed Subpoena** | | | | | | | |
| | 03/11/2025 | Check | 9430 | Guaranteed Subpoena | Process Service JD Global Sales Inc. | 2025213134234 | 150.0 |
| | 04/03/2025 | Check | 9438 | Guaranteed Subpoena | Process Service JD Global Sales Inc. | 2025213134145 | 235. |
| | 06/11/2025 | Check | 9469 | Guaranteed Subpoena | Process Service JD Global Sales Inc. | 2025213134602 | 612. |
| **Total for Guaranteed Subpoena** | | | | | | | **$ 997.** |
| **Veritext, LLC** | | | | | | | |
| | 10/09/2025 | Check | 9518 | Veritext, LLC | Inv# 866306 JD Global Sales vs. Red Sun Farms | Transcript | 1,175 |
| | 11/13/2025 | Check | 9538 | Veritext, LLC | Inv# 8695598 JD Global Sales vs. Red Sun Farms | Transcript | 1,680 |
| **Total for Veritext, LLC** | | | | | | | **$ 2,855** |
| **Verizon** | | | | | | | |
| | 10/09/2025 | Check | 9517 | Verizon | JD GLOBAL - Subpoenaed phone records | Documents | 9 |
| **Total for Verizon** | | | | | | | **$ 9** |
| **Total Disbursements** | | | | | | | **$ 17,12** |