# **EXHIBIT UU**

## **Plaintiff's Contemporaneous Evidence**

(Folders 1–4: 517 Pages)

---

Prepared by James D'Amato, 2021

Delivered to Opposing Counsel via FedEx, August 25, 2021

(Tracking No. 774623491130)

*Filed in Support of Motion for Leave to File Second Amended Complaint*

*JD Global Sales, Inc. et al. v. Jem D International Partners, LP et al.*

Civil Action No. 2:21-cv-19943 (BRM) (MAH)