**JAMES D'AMATO**
233 Rock Road #101 • Glen Rock, New Jersey 07452
Tel: (201) 280-1109 • Email: jim@jdglobalsales.com

February 26, 2026

The Honorable Brian R. Martinotti, U.S.D.J.
The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 4015

Newark, New Jersey 07102

**Re:** *JD Global Sales, Inc. et al. v. Jem D International Partners, LP et al.*

Civil Action No. 2:21-cv-19943 (BRM) (MAH)

Dear Judge Martinotti and Magistrate Judge Hammer:

Plaintiff James D'Amato, proceeding pro se, respectfully submits for the Court's consideration Folders 1 through 4—517 pages of contemporaneous evidence prepared by Mr. D'Amato between 2021 and the commencement of this action. This submission is made in connection with Plaintiff's pending Motion for Leave to File Second Amended Complaint, where these materials are referenced as Exhibit UU.

Mr. D'Amato proceeds pro se not by choice, but by necessity. After paying approximately $200,000 to two successive law firms over eight years—neither of which filed these 517 pages, identified viable claims supported by this evidence, or introduced a single exhibit from these folders into the record—Mr. D'Amato terminated his most recent counsel and assumed direct responsibility for his own case. The evidence submitted herewith demonstrates why that step was unavoidable, and why the interests of justice require that this Court receive what prior counsel failed to present.

**<u>Significance of These Materials</u>**

These four folders were delivered to opposing counsel Joseph H. Tringali, Esq. via FedEx on August 25, 2021—sent by Plaintiff's then-attorney Dominic Caruso, Esq., before this litigation was commenced. They document in contemporaneous detail the factual basis for every claim in the proposed Second Amended Complaint, including:

*Folder 1:* Protected activities (whistleblower complaints) and hostile work environment documentation, including the sales call recordings policy, HP's harassing conduct, and three separate whistleblower reports to ownership;

*Folder 2:* Service level failures, supply chain sabotage, and email documentation showing RSF's systematic failure to respond to Mr. D'Amato's calls for help from December 2020 through July 2021;

*Folder 3:* Revenue projections, commission calculations, and industry benchmarking establishing the lifetime value of the oral agreements and the scope of damages;

*Folder 4:* Timeline of key events, termination circumstances, verbal agreement history, and exhibits documenting the complete history of the business relationship from 2014 through termination.

**<u>Three Successive Attorneys Failed to Introduce This Evidence</u>**

**JAMES D'AMATO**
233 Rock Road #101 • Glen Rock, New Jersey 07452
Tel: (201) 280-1109 • Email: jim@jdglobalsales.com

The Court should note that despite the existence of these 517 pages, three successive attorneys with access to these materials failed to introduce them into the record:

**Dominic Caruso, Esq.** (Apr.–Oct. 2021, Aug. 2023–Jan. 2026; ~$50,000): Received the original physical binders directly from Mr. D'Amato during his first period of representation, before this litigation was commenced. Mr. Caruso sent one set to Mr. Tringali via FedEx (tracking no. 774623491130; delivered August 25, 2021 at 1:37 PM; signed for by "J.TINGALE" at Bendit Weinstock's West Orange offices) and retained scanned PDF copies. When Mr. Caruso returned to the case in August 2023, he picked up reprinted binders and the complete case file from Lowenstein Sandler. Forensic metadata from Mr. Caruso's own USB drive tells the full story: all four Folder PDFs were originally scanned on August 9, 2021—within a twenty-minute window on a Canon iPR C810 printer. They have been in Mr. Caruso's possession since that date. Yet the macOS Spotlight "use count" (kMDItemUseCount) is NULL for all four files, meaning no application on Mr. Caruso's system ever opened them. Not in 2021. Not in 2023. Not once in nearly five years. Mr. Caruso was paid $50,000 to review these materials. The forensic evidence from his own files proves he did not.

**Lowenstein Sandler LLP** (2017–2021, Oct. 2021–Aug. 2023; ~$150,000): Mr. D'Amato hand-delivered physical binders and electronic copies of Folders 1 through 4 to Lowenstein Sandler's offices on October 20, 2021, after Mr. Caruso's suspension from practice, and also transmitted them electronically on October 13, 2021. Yet Lowenstein never filed or Bates-stamped them. Never referenced them in any pleading or motion. Lowenstein then lost the physical binders Mr. D'Amato had hand-delivered. When the case file was being transferred back to Mr. Caruso in August 2023, Lowenstein's attorney Karim Kaspar could not recall what the binders contained, asking Mr. D'Amato to "refresh my recollection." Lowenstein's records department searched and could not locate them. On August 14, 2023, Mr. Kaspar admitted: "We can't locate the 4 binders" and directed staff to reprint new copies from the electronic PDFs Mr. D'Amato had provided nearly two years earlier.

**Joseph H. Tringali, Esq.** (opposing counsel): Personally signed for these exact materials via FedEx on August 25, 2021 at 1:37 PM (FedEx delivery records identify the recipient as "J.TINGALE"). Despite personally receiving 517 pages of contemporaneous Plaintiff evidence documenting the claims his clients would face—before the initial complaint was even filed—Mr. Tringali has represented to this Court that Plaintiff's claims lack factual basis.

Mr. D'Amato is now submitting these materials himself, accompanied by a separate certification authenticating their contents and chain of custody, a Contents Guide providing the Court with a roadmap to the 517 pages, and a Claims Map demonstrating how each folder supports the claims in the proposed Second Amended Complaint.

Note Regarding Filing Format: Folders 2 and 4 have been split into Part A and Part B to comply with the ADS 5MB per-file upload limitation. The content is unaltered; the original unsplit SHA-256 hash values are documented in the accompanying Certification at Paragraph 13. Folders 1 and 3 are filed as single documents.

This submission is made in support of Plaintiff's pending Motion for Leave to File Second Amended Complaint and in anticipation of Plaintiff's forthcoming Motion for Appointment of Special Master and Neutral Examiner, both of which rely upon the evidence contained herein.

Respectfully submitted,

**JAMES D'AMATO**
233 Rock Road #101 • Glen Rock, New Jersey 07452
Tel: (201) 280-1109 • Email: jim@jdglobalsales.com

James D'Amato, Pro Se
233 Rock Road #101
Glen Rock, New Jersey 07452
Tel: (201) 280-1109
jim@jdglobalsales.com

cc: Joseph H. Tringali, Esq., Bendit Weinstock, P.A. (via CM/ECF)