UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JD GLOBAL SALES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JEM D INTERNATIONAL PARTNERS, LP, JEM D. INTERNATIONAL (MICHIGAN) INC., HAROLD PAIVARINTA, JIM DIMENNA, CARLOS VISCONTI, and ABC COMPANIES 1-10, representing the fictitious names of entities that do business as RED SUN FARMS whose identities are unknown,<br><br>Defendants. | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No.<br>2:21-cv-19943 (BRM) (MAH)<br><br>NOTICE OF MOTION<br>TO DISMISS<br><br>(Document Electronically Filed) |

PLEASE TAKE NOTICE that defendants, Jem D International Partners, LP, Jem D International (Michigan) Inc., James DiMenna, and Carlos Visconti (collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable Brian R. Martinotti, U.S.D.J. on Monday, May 4, 2026, or as soon as counsel may be heard, for entry of an order dismissing the Amended Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, against plaintiff, JD Global Sales, Inc. ("Plaintiff").

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Defendants will rely on the Declaration of Counsel and Memorandum of Law being filed and served herewith.

Oral Argument is requested in the event timely opposition is filed.

By: /s/ Joseph H. Tringali
JOSEPH H. TRINGALI
(Bar ID: JT-3853)
Bendit Weinstock, P.A.
80 Main Street, Suite 260
West Orange, New Jersey 07052
JHTringali@BenditWeinstock.com
Tel. 973-736-9800, ext. 115
Attorneys for Defendants, Jem D International Partners, LP, Jem D International (Michigan) Inc., James DiMenna, and Carlos Visconti

Dated: April 7, 2026