UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JD GLOBAL SALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEM D INTERNATIONAL PARTNERS, LP, JEM D. INTERNATIONAL (MICHIGAN) INC., HAROLD PAIVARINTA, JIM DIMENNA, CARLOS VISCONTI, and ABC COMPANIES 1-10, representing the fictitious names of entities that do business as RED SUN FARMS whose identities are unknown,<br><br>Defendants. | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No.<br>2:21-cv-19943 (BRM) (MAH)<br><br>DECLARATION OF COUNSEL<br><br>(Document Electronically Filed) |

JOSEPH H. TRINGALI, of full age, and pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner with the law firm of Bendit Weinstock, P.A., attorneys for Jem D International Partners, LP, Jem D International (Michigan) Inc., James DiMenna, and Carlos Visconti (collectively "Defendants"), and I make this declaration in support of Defendants' motion to dismiss the Amended Complaint, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure.

2. On January 30, 2026, non-party James D'Amato filed a document titled "Notice of Appearance Pro Se and Substitution of Counsel" wherein it states, "Plaintiff JD Global Sales, Inc. will retain separate counsel within sixty (60) days." *See* D.E. 144.

3. On February 25, 2026, Dominic V. Caruso, Esq. filed a motion seeking leave to withdraw from his representation as counsel to Plaintiff. *See* D.E. 148.

4. My office consented to Mr. Caruso's withdrawal and to stay these proceedings for twenty-one days to afford Plaintiff time to retain new counsel. *See* D.E. 148-1.

5. On March 4, 2026, the Court entered an Order on Motion to Withdraw granting the motion of Dominic V. Caruso, Esq. to withdraw as counsel for Plaintiff, JD Global Sales, Inc. and allowing Plaintiff thirty days to secure new counsel. A true and accurate copy of the March 4, 2026 Order is attached hereto as **Exhibit A**.

6. The March 4, 2026 Order also ordered any new counsel for Plaintiff to file a notice of appearance on or before April 6, 2026, and included in a footnote that "[a] corporation cannot appear before this Court other than through duly admitted counsel. Title 18, United States Code, Section 1654 does not permit corporations, partnerships or associations to appear in federal court other than through a licensed attorney." *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Simbraw Inc. v. United States*, 367 F.2d 373, 374 (3d Cir. 1966). See **Exhibit A**.

7. As of the date of this Declaration of Counsel, April 7, 2026, no new counsel for Plaintiff has filed a notice of appearance in this case.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

s/ Joseph H. Tringali
JOSEPH H. TRINGALI

Dated: April 7, 2026