**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JD GLOBAL SALES, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**JEM D INTERNATIONAL PARTNERS, LP, et al.,**<br><br>**Defendants.** | **Civil Action No. 21-19943 (BRM) (MAH)**<br><br>**ORDER ON MOTION TO WITHDRAW** |

**THIS MATTER** having come before the Court by way of the motion of Dominic V. Caruso, Esq. to withdraw as Plaintiff's counsel [D.E. 148];

and there being no opposition to the motion;

and it appearing from the Certification of Counsel that the Plaintiff has terminated the representation, *see* Certif. of Dominic V. Caruso, Esq., D.E. 148-1, ¶ 3 & D.E. 148-2 at Ex. A,;

and it therefore appearing that withdrawal is appropriate pursuant to Rule of Professional Conduct 1.16(a), which mandates withdrawal if "the lawyer is discharged[;]"

and it therefore appearing that there is good cause for the withdrawal;

IT IS on this 4th day of March 2026,

ORDERED that the motion of Dominic V. Caruso, Esq. to withdraw as counsel for Plaintiff is GRANTED; and it is further

ORDERED that Plaintiff is allowed **thirty days** to secure new counsel, and that any new counsel for Plaintiff shall file a notice of appearance on or before **April 6, 2026**;[1] and it is further

---

[1] A corporation cannot appear before this Court other than through duly admitted counsel. Title 18, United States Code, Section 1654 does not permit corporations, partnerships or associations to appear in federal court other than through a licensed attorney. *Rowland v. California Men's*

ORDERED that Mr. Caruso shall provide a copy of this Order to Plaintiff on or before **March 5, 2026;**[2] and it is further

ORDERED that the March 27, 2026 conference is adjourned to **April 29, 2026**, **at 12:30 p.m.**, in order to afford Plaintiff the opportunity to secure new counsel.

*s/ Michael A. Hammer*___________
**Hon. Michael A. Hammer**
**United States Magistrate Judge**

---

*Colony*, 506 U.S. 194, 202 (1993); *Simbraw Inc. v. United States*, 367 F.2d 373, 374 (3d Cir. 1966).

[2] The Court will address Mr. D'Amato's submissions dated February 20, 2026 and February 24, 2026 [D.E. 149, 152] and the Defendant's submissions dated February 6, 2026 and March 3, 2026 [D.E. 145, 153] via separate order.