UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JD GLOBAL SALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEM D INTERNATIONAL PARTNERS, LP, JEM D. INTERNATIONAL (MICHIGAN) INC., HAROLD PAIVARINTA, JIM DIMENNA, CARLOS VISCONTI, and ABC COMPANIES 1-10, representing the fictitious names of entities that do business as RED SUN FARMS whose identities are unknown,<br><br>Defendants. | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No.<br>2:21-cv-19943 (BRM) (MAH)<br><br>[PROPOSED]<br>ORDER DISMISSING THE AMENDED COMPLAINT<br><br>(Document Electronically Filed) |

THIS MATTER having come before the Court on the application of Bendit Weinstock, P.A., attorneys for defendants Jem D International Partners, LP, Jem D International (Michigan) Inc., Jim DiMenna, and Carlos Visconti (collectively, "Defendants"), for the entry of an Order dismissing the Amended Complaint, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, and the Court having considered the moving papers, and papers filed in opposition, if any, and the arguments of counsel, and good cause having been shown:

IT IS on this _____ day of ________________, 2026,

ORDERED and ADJUDGED that Defendants' motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that all claims against Defendants in this matter are dismissed with prejudice; and it is further

ORDERED that a copy of this Order shall be served upon all counsel of record within seven (7) days of the receipt hereof by counsel for Defendants; and it is further

________________________________

Hon. Brian R. Martinotti, U.S.D.J.