UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JD GLOBAL SALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEM D INTERNATIONAL PARTNERS, LP, JEM D. INTERNATIONAL (MICHIGAN) INC., HAROLD PAIVARINTA, JIM DIMENNA, CARLOS VISCONTI, and ABC COMPANIES 1-10, representing the fictitious names of entities that do business as RED SUN FARMS whose identities are unknown,<br><br>Defendants. | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No.<br>2:21-cv-19943 (BRM) (MAH)<br><br>CERTIFICATION OF SERVICE<br><br>(Document Electronically Filed) |

I am a member of the bar of this Court and counsel for defendants, Jem D International Partners, LP, Jem D International (Michigan) Inc., James DiMenna, and Carlos Visconti (collectively, "Defendants"), in the action referenced above. I hereby certify that on April 7, 2026, I personally caused a copy of the Notice of Motion to Dismiss, and the supporting papers be served upon all parties via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record, and via Priority Mail Express to non-party James D'Amato, 233 Rock Road #101, Glen Rock, New Jersey 07452.

By: /s/ Joseph H. Tringali
JOSEPH H. TRINGALI
(Bar ID: JT-3853)
Bendit Weinstock, P.A.
80 Main Street, Suite 260
West Orange, New Jersey 07052
JHTringali@BenditWeinstock.com
Tel. 973-736-9800, ext. 115
Attorneys for Defendants, Jem D International Partners, LP, Jem D International (Michigan) Inc., James DiMenna, and Carlos Visconti

Dated: April 7, 2026