ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI* (NJ, NY, PA & FL BARS)
KAY A. GONZALEZ (NJ & NY BARS)

KARI A. TRINGALI
SHIV VYDYULA (NJ & NY BARS)

NICHOLAS G. GALLINGER (NJ & NY BARS)
SIQI LI (NJ & NY BARS)

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY



**BENDIT WEINSTOCK** P.A.

— ATTORNEYS AT LAW —

Est. 1957

80 Main Street, Suite 260, West Orange, NJ 07052
Phone:  973-736-9800 | Fax:  973-325-3115
www.benditweinstock.com

**OF COUNSEL**
ROGER J. DESIDERIO
JAMES F. KEEGAN*
ALLYSON B. MONCHIK (NY BAR)
PETER I. BERGÉ
MICHAEL L. KAPLONSKI

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)
BARRETT F. KALB (1992-2025)

April 29, 2026

**Via E-Filing**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room 2C
Newark, New Jersey 07102

> Re: JD Global Sales, Inc. et al.  v. Jem D International Partners, LP, et al.
> Case No. 2:21-cv-19943
> Our File No. 45711

Dear Magistrate Hammer:

We represent defendants Jem D International (Michigan), Inc. ("Jem D"), Jem D International Partners, LP ("JDIP"), and the individual defendants James DiMenna and Carlos Visconti, in the above-captioned litigation commenced by plaintiff, JD Global Sales, Inc. ("Plaintiff" or "JD Global").

Pursuant to Your Honor's request during the Case Management Conference which took place at 12:30pm today, we write to confirm that a copy of the motion found at Docket Entry 163, which was filed on April 7, 2026, with supporting documents, has been re-sent to non-party, James D'Amato to the email address, Jim@JDGlobalSales.com.  Attached is proof of sending.

April 29, 2026
Page 2

_____

Mr. D'Amato represented to the Court that the motion found at Docket Entry 163 was not received. As evidenced by the attached tracking confirmation, a copy of our pending motion found at Docket Entry 163 was delivered on April 8, 2026 at 12:10pm.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joseph H. Tringali

JOSEPH H. TRINGALI

JHT:ll
Enclosures
cc:   Via e-Filing
      JD Global Sales Inc., via email: jim@jdglobalsales.com
      and
      United States Postal Service-Priority Mail Express

## Lucinda Lima

| | |
|---|---|
| **From:** | Lucinda Lima |
| **Sent:** | Wednesday, April 29, 2026 1:27 PM |
| **To:** | jim@jdglobalsales.com |
| **Cc:** | Joseph H. Tringali; Nicholas Gallinger |
| **Subject:** | JD Global v. Jem D International |
| **Attachments:** | Notice of Motion-Filed Copy.pdf; Proposed Order-Filed Copy.pdf; Certification of Service-Filed Copy.pdf; Declaration of Counsel-Filed Copy.pdf; Exhibit A to Declaration of Counsel-Filed Copy.pdf; Memorandum of Law-Filed Copy.pdf |

Attached please see another copy of the documents found at Docket Entry 163.

Thank you.

*Lucinda P. Lima, Legal Assistant*
*Business & Estate Litigation Group*
*Bendit Weinstock, P.A.*
*80 Main Street, Suite 260*
*West Orange, New Jersey 07052*
*Telephone No. 973-736-9800*
*Direct Line: 973-834-9125*
*Fax No. 973-325-3115*
*www.BenditWeinstock.com*

1

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9570114278176097497037

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

## WEDNESDAY

## 8 April 2026 ⓘ

by

## 6:00pm ⓘ

Your item was delivered in or at the mailbox at 12:10 pm on April 8, 2026 in GLEN ROCK, NJ 07452.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, In/At Mailbox**

GLEN ROCK, NJ 07452
April 8, 2026, 12:10 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

Text & Email Updates    ⌄

---

Proof of Delivery    ⌄

---

USPS Tracking Plus®    ⌄

---



**UNITED STATES POSTAL SERVICE.**

TOWN CENTER
16 MAIN ST
WEST ORANGE, NJ 07052-9994
www.usps.com

04/07/2026                                11:49 AM
-------------------------------------------------
TRACKING NUMBERS
9570 1142 7817 6097 4970 37
-------------------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send  tracking number to 28777 (2USPS)
Standard message and data rates may apply
-------------------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
-------------------------------------------------
PURCHASE DETAILS
-------------------------------------------------
Product              Qty    Unit      Price
                            Price
-------------------------------------------------
PM Express            1               $33.25
Flat Rate Env
   Glen Rock, NJ 07452
   Flat Rate
   Signature Waiver
   Scheduled Delivery Date
       Wed 04/08/2026 06:00 PM
   Money Back Guarantee
   Tracking #:
       9570 1142 7817 6097 4970 37
   Insurance                          $0.00
       Up to $100.00 included
Total                                 $33.25

-------------------------------------------------
Grand Total:                          $33.25
-------------------------------------------------
Credit Card Remit                     $33.25
   Card Name: Discover
   Account #: XXXXXXXXXXXXX2098

Mailing of
nom to Dismiss
to D'Amato
on 4/7/26