# JAMES D'AMATO

**CORRESPONDENCE**

233 Rock Road #101 • Glen Rock, New Jersey 07452 • (201) 280-1109 • Jim@jdglobalsales.com


September 29, 2026

Via Alternate Document Submission

Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Case No. 2:21-cv-19943**
**Request for procedural direction regarding prior submissions**

Dear Clerk of Court:

On September 29, 2026, ADSHelp advised me that I could write a letter outlining my concerns and file it through ADS. I therefore request procedural direction concerning my earlier submissions.

D.E.159 imposed a filing restriction based on my non-party status. D.E.174 subsequently permitted me to move for leave to amend. I do not understand that permission to authorize every other filing, and seek the proper procedure before taking further action.

**1. Undocketed ADS submissions:** How should I request withdrawal of specifically identified submissions that remain undocketed, while retaining their original submission dates, receipts and disposition history?

**2. Docketed papers:** How should I submit corrections to specific statements in papers already docketed, without requesting deletion of the original papers?

**3. Earlier objections and counsel-time requests:** How should I present a concise clarification identifying earlier sealing objections and requests for additional time to retain counsel or for abeyance, distinguishing docketed papers from submissions for which I have ADS receipts but have not identified a separate docket entry? I cannot confirm which undocketed papers reached chambers or were considered.

Please advise whether these matters require separate filings or Court permission, and the proper channel for each. I can provide a short itemized list with the relevant D.E. numbers, submission dates, receipts and exact passages.

This letter requests procedural direction only. It does not withdraw any submission, make a correction, seek a merits ruling or stay, or request any change to existing deadlines.

Thank you for your assistance.

Respectfully,

James D'Amato, individually