ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI* (NJ, NY, PA & FL BARS)
KAY A. GONZALEZ (NJ & NY BARS)

KARI A. TRINGALI
SHIV VYDYULA (NJ & NY BARS)

NICHOLAS G. GALLINGER
SIQI LI (NJ & NY BARS)
ELYSSA VAN HOUTTE
MICHAEL VALENTE

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

BENDIT WEINSTOCK P.A.
— ATTORNEYS AT LAW —
Est. 1957

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115
www.benditweinstock.com

**OF COUNSEL**
ROGER J. DESIDERIO
JAMES F. KEEGAN*
ALLYSON B. MONCHIK (NY BAR)
PETER I. BERGÉ
MICHAEL L. KAPLONSKI

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)
BARRETT F. KALB (1992-2025)

November 16, 2026

**Via E-Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
Hon. Alex D. Silagi, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room 2C
Newark, New Jersey 07102

Re: JD Global Sales, Inc. et al. v. Jem D International Partners, LP, et al.
Case No. 2:21-cv-19943
Our File No. 45711

Dear Judge Farbiarz and Magistrate Silagi:

We represent defendants Jem D International (Michigan), Inc., Jem D International Partners, LP, and the individual defendants James DiMenna and Carlos Visconti (collectively "Defendants"), in the above-captioned litigation commenced by plaintiff, JD Global Sales, Inc. ("Plaintiff" or "JD Global").

We reviewed the submissions filed individually by James D'Amato associated with his motion for leave to file an amended pleading. The Court set a motion filing deadline to the extent that our office determined documents were included in the filing subject to the April 11, 2023 Discovery Confidentiality Order. *See* D.E. 183.

We do not see any documents attached to Mr. D'Amato's filing that are subject to the April 11, 2023 Discovery Confidentiality Order. Of course, Defendants reserve all rights with regard to

any and all documents subject to the April 11, 2023 Discovery Confidentiality Order to the extent that any such documents are filed after this time.

We thank the Court for considering this submission.

Respectfully submitted,

/s/ Joseph H. Tringali

JOSEPH H. TRINGALI

JHT:ngg
cc: Via e-Filing
Via Regular Mail, JD Global Sales, Inc.